**United States District Court**
For the Northern District of California

1

2                    UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4

5    CARLOS ROMULO, et al.,

6            Plaintiffs,                    No. C 09-3296 PJH

7        v.                                 **ORDER OF DISMISSAL**

8    OPTIMA FUNDING, INC., et al.,

9            Defendants.
     _____/

10

11       The court is in receipt of the declaration filed by American Home's counsel on

12   October 7, 2009, requesting that the court dismiss plaintiffs' complaint against American

13   Home with prejudice.  On September 8, 2009, this court dismissed without prejudice

14   plaintiffs' complaint against American Home.  Plaintiff was advised to file an amended

15   complaint no later than October 5, 2009 or the case would be dismissed with prejudice.

16   That deadline is now two weeks past, and plaintiff has yet to file an amended complaint.

17       The court has considered the five factors set forth in <u>Malone v. United States Postal

18   Service</u>, 833 F.2d 128, 130 (9th Cir. 1987), and has determined that notwithstanding the

19   public policy favoring the disposition of actions on their merits, the court's need to manage

20   its docket and the public interest in the expeditious resolution of the instant litigation require

21   dismissal of this action.  In view of plaintiffs' lack of response to this court's prior order, the

22   court finds there is no appropriate less drastic sanction.

23       Accordingly, this action is DISMISSED with prejudice as to American Home,

24   pursuant to Fed. R. Civ. Pro. 41(b), for plaintiffs' failure to prosecute.

25   **IT IS SO ORDERED.**

26   Dated: October 19, 2009

27                                          _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge
28