UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS ROMULO, et al.,

      Plaintiff(s),                 No. C 09-3296 PJH

      v.                              **JUDGMENT**

OPTIMA FUNDING, INC., et al.,

      Defendant(s).
_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's American Home Mortgage Servicing, Inc.'s motion to dismiss the complaint with prejudice as to it, and having further dismissed the complaint as to the remaining defendants with prejudice for failure to prosecute,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: November 20, 2009

                                            _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge